

# Harms Law Firm, P.A.

*33 Market Point Drive*
*Greenville, South Carolina 29607*

*Samuel D. Harms, III*
―――――
*Licensed in SC, NC, MN & DC*

*(864) 277-0102*
*Fax: (864) 527-0427*

November 26, 2014

The Honorable Patricia S. Connor
Clerk of Court
United States Court of Appeals, Fourth Circuit
110 East Main Street, Suite 501
Richmond, VA 23219

*Filed Via ECF Only*

RE: The Greenville County Republican Party Executive Committee, et al. v. Billy Way, Jr., et al.
Fourth Circuit Number: 13-2170

Dear Ms. Connor:

    This letter is in response to the Defendants/Appellees letter to you filed on November 10, 2014 after the oral arguments.

    The legal arguments contained in the letter are not correct, and for the reasons set forth below, the Greenville City Ordinance does not affect or apply to most of the issues before the court.

    First, the Greenville City Ordinance does not affect or apply to the arguments found in Issue Three and Issue Four of the Plaintiffs' Opening Brief. Those two sections concern only the nomination of candidates for county offices. Since the Greenville City Ordinance obviously does not address the nomination process for county offices, the arguments found in Issues Three and Four are not affected and cannot be rendered moot.

    Second, for the standing issues discussed in Issue Six of the Plaintiffs' Opening Brief, the Plaintiff Greenville County Republican Party Executive Committee continues to have standing because it continues to nominate candidates for county offices, it continues to hear any election protests for county offices, and it continues to determine and certify the results for county offices.

1

Third, the Plaintiffs have a claim for a declaratory judgment to determine and find that their constitutional rights were violated in the June 14, 2011 City of Greenville municipal primary *and past primaries*. The recent action by the City of Greenville does not affect the past primaries. Also, the Plaintiffs have a damages claim and seek monetary damages for the past violations of their constitutional rights.

Finally, the Greenville City Ordinance does not prevent a claim for prospective relief as argued by the Defendants. Again, the county elections are not affected by the action of the city. In addition, the prospective relief for municipal primaries is not mooted because the City of Greenville can continue to hold partisan elections at any time in the future. S.C. Code § 5-15-60. The claims are capable of repetition, yet evading review. As such, the claim for prospective relief is not moot. If additional briefing is necessary, please advise the parties as to the briefing schedule.

Sincerely,

Samuel D. Harms

cc:   Andrew F. Lindeman, Esq. (via ECF)
      Harry M. Kresky, Esq. (via ECF)